**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an
   amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pfuntner Custom Homes LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  2  –  1  4  4  4  4  9  9 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **933 Clubside Dr**<br>Number    Street | _____<br>Number    Street |
| _____ | _____<br>P.O. Box |
| **East Bernard**      **TX**    **77435**<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| **Wharton**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____ |
| | _____<br>City          State    ZIP Code |

5.  **Debtor's website (URL)** _____

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Pfuntner Custom Homes LLC**                                    Case number (if known) _____

**7.**  **Describe debtor's business**     *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Pfuntner Custom Homes LLC** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____  Relationship _____

　　　District _____  When _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

　　　Debtor _____  Relationship _____

　　　District _____  When _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**　　_(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number　　Street

　　　　　　　　　　　　_____
　　　　　　　　　　　　City　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

Debtor  **Pfuntner Custom Homes LLC** _____   Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/02/2022** _____
             MM / DD / YYYY

X **/s/ David Pfuntner** _____
  Signature of authorized representative of debtor
  **David Pfuntner** _____
  Printed name
  **President** _____
  Title

Debtor  **Pfuntner Custom Homes LLC** _____          Case number (if known) _____

| 18. | Signature of attorney | **X** | **/s/ Kenneth A Keeling** _____ | Date | **09/02/2022** _____ |
|-----|-----------------------|-------|---------------------------------|------|-------------|

                                                                 Signature of attorney for debtor                       MM / DD / YYYY

**Kenneth A Keeling** _____
Printed name

**Keeling Law Firm** _____
Firm name

**3310 Katy Freeway** _____
Number       Street

**Suite 200** _____

**Houston** _____   **TX**     **77007** _____
City                                 State       ZIP Code

**(713) 686-2222** _____   **legal@keelinglaw.com** _____
Contact phone                          Email address

**11160500** _____   **TX** _____
Bar number                               State

| Fill in this information to identify the case |
|---|

Debtor name        **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)        _____

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2. **Cash on hand**                    _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| 3.1. | **Prosperity Bank** Checking account | **Checking account** | **2  5  6  7** | **$0.00** |
|---|---|---|---|---|

4. **Other cash equivalents**        *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    | **$0.00** |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor   **Pfuntner Custom Homes LLC**
_____     Case number (if known) _____
Name

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

| 11a. 90 days old or less: | **$122,700.00** | — | **$39,100.00** | = .............. ➔ | **$83,600.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | — | **$0.00** | = .............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$83,600.00** |

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method
used for current value** | **Current value of
debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Pfuntner Custom Homes LLC**
_____   Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Pfuntner Custom Homes LLC**                                     Case number (if known) _____
　　　　　Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **Office Decor/Photos** | | | $350.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Filing Cabinest $50, Filing Shelves $10, 7 Chairs $370, Desk $200, 5 Shelves $150,  3 Computers $1500, 3 TV's $450, Office Chair $350, Front Desk $750, Printer $200, Small Table $35, 2 Green Chairs $35, End Table $15, Table $15, Kitchen Table with Chairs $200, Refrigerator $500, Microwave $50, 2 Cabinets $150** | | | $5,265.00 |

**42.   Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $5,615.00 |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Trailer** | | | $2,000.00 |

**48.   Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.   Aircraft and accessories**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.   Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $2,000.00 |
|---|

Debtor    **Pfuntner Custom Homes LLC**                                   Case number (if known) _____
          Name

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1. 933 CLUBSIDE DR EAST BERNARD 77435 933 CLUBSIDE DR EAST BERNARD 77435 SUP,F&F,M&E,COMP,MISC Acres:0.0000 IN WHARTON COUNTY TEXAS**<br><br>**Debtor has a purchase option on the property pursuant to written agreement with the owner/lessor. The purchase option amount is $750,000.  Debtor recently received a purchase offer of $825,000 and willing to pay up to $1,000,000.  The option value is nominally $75,000 for a quick sale and possibly higher.** | **Fee Simple** | **$75,000.00** | **Market less option** | **$75,000.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$75,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor **Pfuntner Custom Homes LLC**
　　　　Name

Case number (if known) _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
　　Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do you lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
　　☐ No
　　☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　☐ No
　　☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　☐ No
　　☐ Yes

## Part 11:　All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐　No.  Go to Part 12.
　　☑　Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Pfuntner Custom Homes, LLC VS Steven M Kyles and Stephanie R Kyles** | $88,356.68 |
| Nature of claim　**Civil Breach of Contract** | |
| Amount requested　**$88,356.68** | |
| **Claim against Byzfunder NY, LLC under Tex. Finance Code Sec. 301.002, et seq., Tex. Finance Code Sec. 305.001, et seq., Tex. Finance Code Sec. 392.001, et seq. and Tex. Business & Commerce Code, Sec. 17.41, et seq. forr usury and under the Texas Deceptive Trade Practices Act. Current estimate is not provided as original contract has not been located as of filing date.** | Unknown |
| Nature of claim　**Usury and DTPA** | |
| Amount requested | |

Debtor      **Pfuntner Custom Homes LLC**                              Case number (if known) _____
                 Name

**Claim against Cobalt Funding Solutions under Tex. Finance Code Sec. 301.002, et seq., Tex. Finance Code Sec. 305.001, et seq., Tex. Finance Code Sec. 392.001, et seq. and Tex. Business & Commerce Code, Sec. 17.41, et seq. forr usury and under the Texas Deceptive Trade Practices Act. Preliminary estimate is based on total interest contracted.**                                                                         $69,000.00

| Nature of claim | Usury and DTPA |
|---|---|
| Amount requested | |

**Claim against CFG Merchant Solutions under Tex. Finance Code Sec. 301.002, et seq., Tex. Finance Code Sec. 305.001, et seq., Tex. Finance Code Sec. 392.001, et seq. and Tex. Business & Commerce Code, Sec. 17.41, et seq. forr usury and under the Texas Deceptive Trade Practices Act. Amount is identified as unknown as original contract has not been located at filing date.**                                                                                        Unknown

| Nature of claim | Usury and DTPA |
|---|---|
| Amount requested | |

**Claim against Pearl Delta Funding, LLC under Tex. Finance Code Sec. 301.002, et seq., Tex. Finance Code Sec. 305.001, et seq., Tex. Finance Code Sec. 392.001, et seq. and Tex. Business & Commerce Code, Sec. 17.41, et seq. forr usury and under the Texas Deceptive Trade Practices Act.Amount is identified as unknown as original contract has not been located at filing date.**                                                                                        Unknown

| Nature of claim | Usury and DTPA |
|---|---|
| Amount requested | |

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Signs, Lights, Outlets**                                                                              $2,000.00

**78.**  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                                   $159,356.68

**79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor   **Pfuntner Custom Homes LLC**                                    Case number (if known) _____
                Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $83,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,615.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................➔ | | $75,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $159,356.68 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $250,571.68 | + 91b. $75,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................. | $325,571.68 |

**Fill in this information to identify the case:**

Debtor name   **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | | |
|---|---|---|
| **Creditor's name** **Byzfunder NY LLC** | **Describe debtor's property that is subject to a lien** | $240,355.00 | $9,615.00 |

**Creditor's mailing address**
**530 7th Avenue Ste 1409**

**Busness Assets**

**Describe the lien**
**Agreement**

**New York**              **NY**    **10018**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
**info@byzfunder.com**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **6/202022**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Prosperity Bank Checking account: 1) CFG Merchant Solutions LLC; 2) Byzfunder NY LLC.  For Office Decor/Photos: 1) CFG Merchant Solutions LLC; 2) Byzfunder NY LLC.  For Filing Cabinet $50, Filing Shelves $10, 7 Chairs $370, Desk: 1) CFG Merchant Solutions LLC; 2) Byzfunder NY LLC.  For Trailer: 1) CFG Merchant Solutions LLC; 2) Byzfunder NY LLC.  For Signs, Lights, Outlets: 1) CFG Merchant Solutions LLC; 2) Byzfunder NY LLC.

**Commercial loan**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$746,877.00

Debtor **Pfuntner Custom Homes LLC**                        Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
**CFG Merchant Solutions LLC**

**Creditor's mailing address**
**201 Route 17 North, Suite 805**

_____

**Rutherford           NJ    07070**

**Creditor's email address, if known**
**kimc@creditorsrelief.com**

**Date debt was incurred**     5/17/2022

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
UCC- 22-0024282062

**Describe the lien**
**Purchase Money Security / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$199,500.00**   Column B: **$9,615.00**

**2.3**

**Creditor's name**
**Corporation Service Company,**

**Creditor's mailing address**
**PO Box 2576**

_____

**Springfield          IL    62708**

**Creditor's email address, if known**
**UCCSPREP@CSCINFO.COM**

**Date debt was incurred**     2/23/2022

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**
UCC- 22-0009124030

**Describe the lien**
**Loan / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**   Column B: **$0.00**

Debtor **Pfuntner Custom Homes LLC**                    Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

Creditor's name
**CT Corporation System**

Creditor's mailing address
**aTTN: sprs**

**330 N Brand Blvd, Suite 700**

_____

**Glendale         CA    91203**

Creditor's email address, if known

_____

Date debt was incurred    **7.26.2021**

Last 4 digits of account
number         ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**UCC- 21-0031650795**

Describe the lien
**Non-Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**     Column B: **$0.00**

**2.5**

Creditor's name
**First Corporate Solutions**

Creditor's mailing address
**914 S Street**

_____

**Sacramento      CA    95811**

Creditor's email address, if known
**sprs@ficoso.com**

Date debt was incurred    **6/24/2019**

Last 4 digits of account
number         **0    3    8    9**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**UCC-19-0023740389**

Describe the lien
**Purchase Money Security / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$1.00**     Column B: **$0.00**

**Debt paid.**

| Debtor | **Pfuntner Custom Homes LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |

**2.6**

| Creditor's name<br>**Global Merchant Cash Inbc** | Describe debtor's property that is<br>subject to a lien | $1.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**64 Beaver Street, Ste 415**

_____

**UCC- 21-0005807114**

**Describe the lien**

**Non-Purchase Money / Agreement**

| **New York** | **NY** | **10004** |
|---|---|---|

Creditor's email address, if known

_____

Date debt was incurred    **2/10/2021**

Last 4 digits of account
number                        ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7**

| Creditor's name<br>**Global Merchant Cash Inc** | Describe debtor's property that is<br>subject to a lien | $1.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**64 Beaver Street, Suite 415**

_____

**UCC- 21-0039096616**

**Describe the lien**

**Non-Purchase Money / Agreement**

| **New York** | **NY** | **10004** |
|---|---|---|

Creditor's email address, if known

_____

Date debt was incurred    **9/7/2021**

Last 4 digits of account
number                        ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Pfuntner Custom Homes LLC**                          Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8**

Creditor's name
**Pearl Delta Funding, LLC**

Creditor's mailing address
**c/o Yehuda Klein, Esq.**

**PO Box 714**

_____

**Lakewood            NJ    08701**

Creditor's email address, if known
**jay@thekleinfirm.com**

Date debt was incurred     **12/23/2021**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business assets**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$307,016.00**   |   **$0.00**

**2.9**

Creditor's name
**Private Lender Network LLC**

Creditor's mailing address
**9050 N Capital of TX Hwy,**

**Bldg 3, Ste 13**

_____

**Austin            TX    78759**

Creditor's email address, if known

_____

Date debt was incurred     **1/24/2022**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**UCC-22-0003815213**

Describe the lien
**Purchase Money Security / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$1.00**   |   **$0.00**

**Relates to Deed of Trust, Security Agreement dated Jan. 19, 2022 to Kareem Hajjar Trustee and Real Estate Lien Note**

| Debtor | **Pfuntner Custom Homes LLC** | Case number (if known) |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.10**

Creditor's name
**US Small Business Adminstration**

Creditor's mailing address
**10737 Gateway West #300**

_____

**El Paso            TX    79935**

Creditor's email address, if known

_____

Date debt was incurred    **6/18/2020**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**UCC- 20-0027109081**

Describe the lien
**Purchase Money Security / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| $1.00 | $0.00 |
|---|---|

---

**2.11**

Creditor's name
**Wedgebrooks, LLC**

Creditor's mailing address
**1228 Ranch House Rd**

_____

**Pierce            TX    77467**

Creditor's email address, if known

_____

Date debt was incurred    **12.11.2020**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**UCC- 20-0061991846**

Describe the lien
**Purchase Money Security / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| $1.00 | $0.00 |
|---|---|

**Relates to Deed of Trust for real estate.**

---

Debtor    **Pfuntner Custom Homes LLC**    Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

**Name and address**

**On which line in Part 1 did you enter the related creditor?**

**Last 4 digits of account number for this entity**

**Wharton County Tax Collector**

**308 East Milam St.**

Line _____

___ ___ ___ ___

**Wharton**                TX      **77488**

**Fill in this information to identify the case:**

Debtor    **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** | **$4,700.00** |

**US Department of the Treasury**

**Debt Management Services**

**P.O. Box 830794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Birmingham**     **AL**    **35283-0794**

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

Debtor   **Pfuntner Custom Homes LLC**                          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**   Nonpriority creditor's name and mailing address

Acme Brick

5020 Acorn St.

Houston                TX      77092

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Balance

Is the claim subject to offset?
☑ No
☐ Yes

$5,646.91

---

**3.2**   Nonpriority creditor's name and mailing address

Aggieland Overland Garage Doors

10500 State Hwy 30, Ste 900

College Station         TX      77845

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Balance

Is the claim subject to offset?
☑ No
☐ Yes

$22,174.00

---

**3.3**   Nonpriority creditor's name and mailing address

Aguilera Construction

1735 Hilton Head Dr

Missouri City           TX      77459

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Balance

Is the claim subject to offset?
☑ No
☐ Yes

$69,774.25

---

**3.4**   Nonpriority creditor's name and mailing address

Allgayer, LLC

Attn: Jeff Allgayer

PO Box 611

El Campo                TX      77437

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Balance

Is the claim subject to offset?
☑ No
☐ Yes

$20,746.00

---

Debtor   **Pfuntner Custom Homes LLC**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |
|---|---|---|---|

**Allstate Brick, Inc.**

**2930 Lincoln Dr**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**      **77038**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,595.40 |
|---|---|---|---|

**Alpha Finishes**

**19511 Bella Arbor Lane**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress**            **TX**      **77433**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,926.00 |
|---|---|---|---|

**Apex Drywall**

**8564 Katy Freeway, ste 134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**      **77024**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,722.29 |
|---|---|---|---|

**Beacon  Building Products**

**P.O.Box 10108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**           **CA**      **91189**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    **Pfuntner Custom Homes LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              **$26,150.00**
                                                                             *Check all that apply.*

**Best Friend Plumbing**                                                     ☐ Contingent

**10134 Bamboo**                                                             ☐ Unliquidated
                                                                             ☐ Disputed

_____                                         **Basis for the claim:**

**Houston**                    **TX**    **77041**                           **Outstanding Balance**

Date or dates debt was incurred   _____                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              **$46,000.62**
                                                                             *Check all that apply.*

**Builders First Source**                                                    ☐ Contingent

**16002 Tomball Parkway**                                                    ☐ Unliquidated
                                                                             ☐ Disputed

_____                                         **Basis for the claim:**

**Houston**                    **TX**    **77086**                           **Outstanding Balance**

Date or dates debt was incurred   _____                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              **$223.13**
                                                                             *Check all that apply.*

**Chandler Drilling**                                                        ☐ Contingent

**966 FM 318 E Yoakum**                                                      ☐ Unliquidated
                                                                             ☐ Disputed

_____                                         **Basis for the claim:**

**Yoakum**                     **TX**    **77995**                           **Outstanding Balance**

Date or dates debt was incurred   _____                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.12**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              **$147,075.00**
                                                                             *Check all that apply.*

**Cobalt Funding Solutions, Inc.**                                           ☐ Contingent

**99 Wall Street  Suite 3618**                                               ☐ Unliquidated
                                                                             ☑ Disputed

_____                                         **Basis for the claim:**

**New York**                   **NY**    **10005**                           **Agreement**

Date or dates debt was incurred   **4.28.2022**                              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                                ☐ No
                                                                             ☑ Yes

**Merchant cash advance agreement.**

---

Debtor **Pfuntner Custom Homes LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$23,394.25

**Cory Construction**

**14333 Sommermeyer St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77041**

**Basis for the claim:**

**Outstanding Balance**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$1.00

**Creditors Relief**

**700 E. Palisade Ave. 2nd Floor**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Englewood Cliffs**      **NJ      07632**

**Basis for the claim:**

**Agreement**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Arrangement for consolidated payments of Merchant Account Agreements.**

| 3.15 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$215.00

**CWS Septic**

**190 Lakeview 3**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Campo**          **TX      77437**

**Basis for the claim:**

**Outstanding Balance**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$13,142.12

**Dam Services**

**PO Box 611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Campo**          **TX      77437**

**Basis for the claim:**

**Outstanding Balance**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Pfuntner Custom Homes LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,060.00** |
|---|---|---|---|

**De La Cruz, Cynthia**

**2800 Old Hearne Rd #3**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Balance**

**Bryan**          **TX**      **77803**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.63** |
|---|---|---|---|

**Design Superstore**

**200 W William J Bryan Pkwy**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Balance**

**Bryan**          **TX**      **77803**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,447.00** |
|---|---|---|---|

**DRJ Unlimited**

**PO Box 781**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Balance**

**Fulshear**          **TX**      **77441**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,816.02** |
|---|---|---|---|

**EB Air**

**PO Box 629**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Balance**

**East Bernard**          **TX**      **77435**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    **Pfuntner Custom Homes LLC**                         Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,610.00 |

**Espino Martinez, Manuel**

**7003 Bissonett Apt. 802**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    **TX**    **77079**

Basis for the claim:
**PYEOLL**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $16,169.13 |

**Factory Builder Stores**

**8700 Fallbrook Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    **TX**    **77064**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $28,244.00 |

**Ferguston Enterprises Inc**

**4211 Richmond Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    **TX**    **77027**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $93,356.00 |

**Flooring Services**

**10555 W Sam Houston Pkwy N**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    **TX**    **77064**

Basis for the claim:
**Outstanding Balance**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **Pfuntner Custom Homes LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Freeman Designs**

**1106 Waterside Estates Cir.**

_____

**Richmond**                    **TX**        **77406**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Outstanding Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,009.40**

---

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fusion Land Services**

**5819 N FM 441 Rd**

_____

**El Campo**                    **TX**        **77437**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Outstanding Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,210.00**

---

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Garland Insulation**

**10723 Rockley Rd**

_____

**Houston**                    **TX**        **77099**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1   8   2   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Outstanding Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,045.57**

---

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gary Davis**

**405 S. 7th St**

_____

**Beasley**                    **TX**        **77417**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Outstanding Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,209.19**

---

| Debtor | **Pfuntner Custom Homes LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

Check all that apply.

**Hernandez, Chase and Richards, Jennifer**

**1712 Hughes Road**

☐ Contingent
☑ Unliquidated
☑ Disputed

| **Richmond** | **TX** | **77406** | Basis for the claim: |
|---|---|---|---|

**Agreement**

Date or dates debt was incurred   **7/1/2022**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.03 |
|---|---|---|---|

Check all that apply.

**Hobo Electric**

**PO Box**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **El Campo** | **TX** | **77437** | Basis for the claim: |
|---|---|---|---|

**Outstanding Balance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,509.40 |
|---|---|---|---|

Check all that apply.

**Home Depot**

**PO Box 90001030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Louisville** | **KY** | **40290** | Basis for the claim: |
|---|---|---|---|

**Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,891.00 |
|---|---|---|---|

Check all that apply.

**HTX Brothers**

**Tel: 832.361.7203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Outstanding Balance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    **Pfuntner Custom Homes LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                   **Amount of claim**

---

**3.33**    Nonpriority creditor's name and mailing address

**Iron Cross Oilfield Services**

**2405 Burning Stone**

_____

**Boling**          **TX**     **77420**

Date or dates debt was incurred    **2021**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

                                  **Unknown**

---

**3.34**    Nonpriority creditor's name and mailing address

**Joseph Wayne Richards**

**1412 Hughes Road**

_____

**Richmond**       **TX**     **77406**

Date or dates debt was incurred    **March 2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

                                  **Unknown**

---

**3.35**    Nonpriority creditor's name and mailing address

**Kentmoore Cabinets**

**501 Industrial Blvd**

_____

**Bryan**          **TX**     **77803**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

                                  **$39,182.00**

---

**3.36**    Nonpriority creditor's name and mailing address

**Kolanchy, Robert**

**140 S Houston St**

_____

**Wharton**       **TX**     **77488**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

                                  **$216.50**

---

Debtor    **Pfuntner Custom Homes LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1.00** |
|---|---|---|---|

**Kyles, Steven and Stephanie**

**3106 Old South Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

_____

**Richmond**        **TX**    **77406**

**Basis for the claim:**
**Contract**

Date or dates debt was incurred    **7.6.2022**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | **$3,160.00** |
|---|---|---|---|

**L&W Weather Stripping**

**3421 N US Hwy 77**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Schulenburg**        **TX**    **78956**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | **$767.00** |
|---|---|---|---|

**Leopold Sprinkler, LLC**

**18399 FM 11647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**East Bernard**        **TX**    **77435**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | **$50,638.72** |
|---|---|---|---|

**Lopez Roofing**

**2916 Old Hearne Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bryan**        **TX**    **77803**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Pfuntner Custom Homes LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.41 | **Nonpriority creditor's name and mailing address** |

**Manley Rentals**

**PO Box 68**

**East Bernard**          **TX**     **77435**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,500.00**

---

| 3.42 | **Nonpriority creditor's name and mailing address** |

**Maria's Eatery**

**949 Clubside Drive**

**East Bernard**          **TX**     **77435**

Date or dates debt was incurred    **2/15/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.43 | **Nonpriority creditor's name and mailing address** |

**MCA Loans Reconsoldated**

**4700 S Mill Ave, Ste 8**

**Tempe**          **AZ**     **85282**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

| 3.44 | **Nonpriority creditor's name and mailing address** |

**Munsch Hardt Kopf & Harr, Pc**

**c/o Conner Rose/Robert Hancock, Jr.**

**700 Milam Street, Suite 800**

**Houston**          **TX**     **77002**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Agency**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Pfuntner Custom Homes LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Oscars Painting**                                                    $12,404.00

**405 Juanita Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**              **TX**      **77502**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Panther Electric**                                                   $6,300.00

**1390 W League City Pkwy**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**League City**           **TX**      **77573**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Pfunter, Dennis**                                                    $1,181.00

**2815 Finwood Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Rosenberg**             **TX**      **77471**

**Basis for the claim:**
**Payroll**

Date or dates debt was incurred    **July, 2022**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Pfuntner, David**                                                    $4,517.86

**5521 FM 2919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**East Bernard**          **TX**      **77435**

**Basis for the claim:**
**Outstanding Balance**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Pfuntner Custom Homes LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pfuntner, Jeremy**

**2815 Finwood Drive**

**$4,517.86**

Basis for the claim:

**Payroll**

**Rosenberg        TX      77471**

| Date or dates debt was incurred | **July, 2022** |

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pfuntner, Victoria**

**5521 FM 2919**

**$1,486.43**

Basis for the claim:

**Outstanding Balance**

**East Bernard        TX      77435**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Premier Stair & Door**

**2801 E Highway 21**

**$16,349.00**

Basis for the claim:

**Outstanding Balance**

**The Colony        TX      75056**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Prosperity Bank**

**700 Church Street**

**East Bernard TX 774356-8581**

**$1.00**

Basis for the claim:

**Agreement**

| Date or dates debt was incurred | **7/1/2022** |

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Pfuntner Custom Homes LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:          **$1.00**
*Check all that apply.*

**RAM Payment, LLC**

☐ Contingent
**dba Reliant Account Management**
☑ Unliquidated
**412 North Cedar Bluff Road**
☑ Disputed

**Ste. 400**

Basis for the claim:

**Knoxville**          **TX**    **37923**          **Agreement**

Date or dates debt was incurred    **2/1/2022**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☐ No
                                                         ☑ Yes

**Agreement for managing payments to Merchant Account creditores.**

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:          **$6,800.00**
*Check all that apply.*

**Ramos Concrete**

☐ Contingent
**6000 Bissonnet St**
☐ Unliquidated
                                                         ☐ Disputed

Basis for the claim:

**Houston**          **TX**    **77081**          **Outstanding Balance**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
                                                         ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:          **$440.43**
*Check all that apply.*

**Reliant Energy**

☐ Contingent
**P.O. Box 3765**
☐ Unliquidated
                                                         ☐ Disputed

Basis for the claim:

**Houston**          **TX**    **77253-3765**          **Arrearage**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
                                                         ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:          **$6,765.24**
*Check all that apply.*

**Rivera, Yolanda**

☐ Contingent
**12031 Breezy Meadow Dr**
☐ Unliquidated
                                                         ☐ Disputed

Basis for the claim:

**Stafford**          **TX**    **77477**          **Outstanding Balance**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
                                                         ☐ Yes

Debtor   **Pfuntner Custom Homes LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.57**   Nonpriority creditor's name and mailing address

**Rogelio Oviedo**

**502 Shore St.**

_____

**Brookshire**          **TX**     **77423**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,636.00**

---

**3.58**   Nonpriority creditor's name and mailing address

**RSC**

**210 Hardin Rd**

_____

**Beasley**          **TX**     **77417**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

**3.59**   Nonpriority creditor's name and mailing address

**S&M Quality Services**

**10860 Tower Oaks Blvd**

_____

**Houston**          **TX**     **77070**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Original Creditor -**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,530.00**

---

**3.60**   Nonpriority creditor's name and mailing address

**Schindler Propane**

**6072 Highway 90A**

_____

**Eagle Lake**          **TX**     **77434**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,796.21**

Debtor    **Pfuntner Custom Homes LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.61 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                   **$839.35**
*Check all that apply.*

**Sherwin Williams**

**221 Boling Hwy**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Wharton**                    **TX**      **77488**          **Outstanding Balance**

**Date or dates debt was incurred** _____          **Is the claim subject to offset?**

**Last 4 digits of account number**  __ __ __ __          ☑ No
                                                          ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                   **Unknown**
*Check all that apply.*

**Souly Beautiful**

**945 Clubside Drive**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**East Bernard**               **TX**      **77435**          **Agreement**

**Date or dates debt was incurred**    2.15.2022          **Is the claim subject to offset?**

**Last 4 digits of account number**  __ __ __ __          ☑ No
                                                          ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                   **$3,464.00**
*Check all that apply.*

**Supak Construction, Inc**

**PO Box 325**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Orchard**                    **TX**      **77464**          **Outstanding Balance**

**Date or dates debt was incurred** _____          **Is the claim subject to offset?**

**Last 4 digits of account number**  __ __ __ __          ☑ No
                                                          ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                   **$2,375.15**
*Check all that apply.*

**Triple US**

**PO Box 1571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**El Campo**                   **TX**      **77437**          **Outstanding Balance**

**Date or dates debt was incurred** _____          **Is the claim subject to offset?**

**Last 4 digits of account number**  __ __ __ __          ☑ No
                                                          ☐ Yes

---

Debtor  **Pfuntner Custom Homes LLC**  _____  Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$440.00** |

*Check all that apply.*

**Urbish Electric**

**PO Box 1459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Rosenberg**          **TX**      **77471**       **Outstanding Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,300.00** |

*Check all that apply.*

**Walter De Leon**

**Harris Co. Texas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

Date or dates debt was incurred    **July 2022**

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,500.00** |

*Check all that apply.*

**Wicke, Sandy**

**2706 County Riad 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**East Bernard**          **TX**      **77435**       **Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Pfuntner Custom Homes LLC**                           Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|----------------------------------------|

**4.1**   **Alco**
**4242 Koppe Bridge Rd,  Ste 520**

**College Station          TX     77845**

Line _____
☑ Not listed.  Explain:
**Outstanding Balance**

Last 4 digits: __ __ __ __

---

**4.2**   **Bryan and Megan Broerman**
**18141 Cr 204**

**East Benard          TX     77435**

Line   **3.44**
☐ Not listed.  Explain:

Last 4 digits: __ __ __ __

---

**4.3**   **BYZFunder NY LLC**
**c/o Ariel Bouskila**
**80 Broad St, Suite 3303**

**New York          NY     10004**

Line _____
☑ Not listed.  Explain:
**Outstanding Balance**

Last 4 digits: __ __ __ __

---

**4.4**   **Cuevas, Francisco**
**6219 Chaparral Dr.**

**Needville          TX     77461**

Line _____
☑ Not listed.  Explain:
**Notice Only**

Last 4 digits: __ __ __ __

---

**4.5**   **Dennis McQueen**
**Pagel Davis & Hill**
**1415 Louisiana, 22nd Floor**

**Houston          TX     77002**

**Attorney for Stephen and Stephanie Kyles**

Line _____
☑ Not listed.  Explain:
**Notice Only**

Last 4 digits: __ __ __ __

---

**4.6**   **Dylla, Thomas**
**1903 Lake side Crossing**

**Katy          TX     77491**

Line _____
☑ Not listed.  Explain:
**Notice Only**

Last 4 digits: __ __ __ __

---

Debtor   **Pfuntner Custom Homes LLC**                              Case number (if known) _____

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Eric L Davis Engineering Inc** **120 E Main St** **Forney** TX **75126** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.8 | **Hernandez, Charles** **1702 Hughes Road** **Richmond** TX **77406** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.9 | **Law Office of Isaac H Greenfield** **2 Executive Blvd, Ste 305** **Suffern** NY **10901** | Line **3.12** ☐ Not listed. Explain: | __ __ __ __ |
| 4.10 | **Manley Rentals, Inc** **PO Box 907** **Wallis** TX **77485** | Line **3.41** ☐ Not listed. Explain: | __ __ __ __ |
| 4.11 | **Manley Rentals, Inc.** **c/o Bruce Badger** **3400 Avenue H, 2nd Floor** **Rosenberg** TX **77471** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.12 | **Medrano, Hector** **11819 Cedar Mesa** **Houston** TX **77034** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.13 | **Pagel, Davus & Hill PC** **1415 Louisiana 22nd Floor** **Houston** TX **77002** **Represents Steven Kyles, Stephanie Kyles** | Line _____ ☑ Not listed. Explain: **Notice Only** | **D  i  s  t** |

Debtor    **Pfuntner Custom Homes LLC**                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Pearl Delta Funding LLC** <br> **c/o The Klein Law Firm LLC** <br> **PO Box 71** <br><br> **Lakewood        NJ    08701** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Outstanding Balance** | __ __ __ __ |
| 4.15 | **Richards, Jennifer and Hernandez, Chase** <br> **c/o Terry Sechrist, Attorney** <br> **Sechrist Duckers LLP** <br> **6300 W Loop S** <br> **Bellaire        TX    77401** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.16 | **Sechrist, Terrie** <br> **6300 W. Loop S. Ste. 415** <br><br><br> **Bellaire        TX    77401** <br> **Attorney for Joseph Waybe Richards, 22-DCV-295994** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Contract** | __ __ __ __ |
| 4.17 | **Sumner, Tina** <br> **8882 CR 273** <br><br><br> **East Bernard        TX    77435** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.18 | **Terradyne** <br> **354 E Glade Rd** <br><br><br> **Euless        TX    76039** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.19 | **Trust Waste Solutions** <br> **3096 N Mechanie** <br><br><br> **El Campo        TX    77437** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.20 | **Vaceks Hardware** <br> **735 Main St** <br><br><br> **East Bernard        TX    77435** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Pfuntner Custom Homes LLC** _____   Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.21 | **Webster, David** <br> **PO Box 1154** <br><br> **East Bernard       TX    77435** | Line  __3.44__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.22 | **Westfield, Amber** <br> **10227 Vacek Rd** <br><br> **Richmond        TX    77469** | Line  _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.23 | **Zimmerman Electric of Victoria** <br> **1312 Dick St** <br><br> **Victoria        TX    77901** | Line  _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor      **Pfuntner Custom Homes LLC**                          Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$4,700.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$956,377.09** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. _____ **$961,077.09** |

**Fill in this information to identify the case:**

Debtor name   **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____    Chapter   **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Residential Construction**<br>**979.533.1707** | **Broerman Family**<br>**18141 CR 204**<br>**East Bernard TX** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Doll House Fashion**<br>**933 Clubside Dr** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **East Bernard**          **TX**      **77435** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Residential Construction**<br>**832.446.8306** | **Dylla Family**<br>**21403 Lakeview**<br>**Damon TX** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **832.455.8117** | **Hernandez/Richards Family**<br>**1702 Hughes Rd.**<br>**Richmond TX** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Pfuntner Custom Homes LLC**                                    Case number (if known) _____

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest — **Legal Services**

    State the term remaining

    List the contract number of any government contract

Keeling Law Firm
3310 Katy Freeway, Ste. 200
Houston      TX      77007

**2.6** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

    State the term remaining

    List the contract number of any government contract

Manley Rentals, Inc
PO Box 907
Wallis      TX      77485

**2.7** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease**

    State the term remaining

    List the contract number of any government contract

Maria's Eatery
933 Clubside Dr
Kingwood      TX      77345

**2.8** State what the contract or lease is for and the nature of the debtor's interest — **Residential Construction 7813.933.7761**

    State the term remaining

    List the contract number of any government contract

Medrano Family
1211 Pitman  Trail
Angleton TX

**2.9** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease**

    State the term remaining

    List the contract number of any government contract

Souly Beautiful
945 Clubside Dr
East Bernard      TX      77435

**2.10** State what the contract or lease is for and the nature of the debtor's interest — **Residential Construction 713.624.0841**

    State the term remaining

    List the contract number of any government contract

Sumner Family
8882 CR 273
East Bernard TX

Debtor __**Pfuntner Custom Homes LLC**_____     Case number (if known) _____

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Construction** **979.533.1707** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Webster Family**
**1921 E. Cypress St.**
**East Bernard TX**

| | | |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Construction** **832.368.0528** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Westfield Family**
**10227 Vacek Rd.**
**Richmond TX**

| | | |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Commericial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Willie B LLC**
**933 Clubside Dr**

**East Bernard**                    **TX**      **77435**

**Fill in this information to identify the case:**

Debtor name **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                                          12/15

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from Schedule A/B........................................................................ | **$75,000.00**

    1b. **Total personal property:**
        Copy line 91A from Schedule A/B..................................................................... | **$250,571.68**

    1c. **Total of all property**
        Copy line 92 from Schedule A/B........................................................................ | **$325,571.68**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................................. | **$746,877.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F........................... | **$4,700.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... **+** | **$956,377.09**

**4.** **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................. | **$1,707,954.09**

**Fill in this information to identify the case and this filing:**

Debtor Name     **Pfuntner Custom Homes LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/02/2022**          **X** **/s/ David Pfuntner**
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     **David Pfuntner**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Pfuntner Custom Homes LLC**

Case No. _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................Fixed Fee:  **$7,662.00**

Prior to the filing of this statement I have received.......................................  **$7,662.00**

Balance Due..............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/02/2022** | **/s/ Kenneth A Keeling** | |
|---|---|---|
| *Date* | *Kenneth A Keeling* | Bar No.  11160500 |
| | Keeling Law Firm | |
| | 3310 Katy Freeway | |
| | Suite 200 | |
| | Houston, Texas 77007 | |
| | Phone: (713) 686-2222 / Fax: (713) 579-3059 | |

</div>

**/s/ David Pfuntner**

*David Pfuntner*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Pfuntner Custom Homes LLC**                                    CASE NO

                                                                         CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date <u>9/2/2022</u>

Signature   ***/s/ David Pfuntner***
            ***David Pfuntner***
            ***President***

Date _____

Signature _____

Acme Brick
5020 Acorn St.
Houston, TX 77092

Beacon Building Products
P.O.Box 10108
Pasadena, CA 91189

Cobalt Funding Solutions, Inc.
99 Wall Street Suite 3618
New York NY 10005

Aggieland Overland Garage Doors
10500 State Hwy 30, Ste 900
College Station, TX 77845

Best Friend Plumbing
10134 Bamboo
Houston, TX 77041

Corporation Service Company,
PO Box 2576
Springfield, IL 62708

Aguilera Construction
1735 Hilton Head Dr
Missouri City, TX 77459

Broerman Family
18141 CR 204
East Bernard TX

Cory Construction
14333 Sommermeyer St
Houston, TX 77041

Alco
4242 Koppe Bridge Rd, Ste 520
College Station, TX 77845

Bryan and Megan Broerman
18141 Cr 204
East Benard, Texas 77435

Creditors Relief
700 E. Palisade Ave. 2nd Floor
Englewood Cliffs NJ 07632

Allgayer, LLC
Attn: Jeff Allgayer
PO Box 611
El Campo, TX 77437

Builders First Source
16002 Tomball Parkway
Houston, TX 77086

CT Corporation System
aTTN: sprs
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Allstate Brick, Inc.
2930 Lincoln Dr
Houston, TX 77038

Byzfunder NY LLC
530 7th Avenue Ste 1409
New York NY 10018

Cuevas, Francisco
6219 Chaparral Dr.
Needville, TX 77461

Alpha Finishes
19511 Bella Arbor Lane
Cypress, TX 77433

BYZFunder NY LLC
c/o Ariel Bouskila
80 Broad St, Suite 3303
New York, NY 10004

CWS Septic
190 Lakeview 3
El Campo, TX 77437

Apex Drywall
8564 Katy Freeway, ste 134
Houston, TX 77024

CFG Merchant Solutions LLC
201 Route 17 North, Suite 805
Rutherford, NJ 07070

Dam Services
PO Box 611
El Campo, TX 77437

Attorney General of the U.S.
Department of Justice
10th & Constitution, N.W.
Washington, DC 20530

Chandler Drilling
966 FM 318 E Yoakum
Yoakum, TX 77995

De La Cruz, Cynthia
2800 Old Hearne Rd #3
Bryan, TX 77803

Dennis McQueen
Pagel Davis & Hill
1415 Louisiana, 22nd Floor
Houston TX 77002

Design Superstore
200 W William J Bryan Pkwy
Bryan, TX 77803

District Counsel
Internal Revenue Service
8701 Gessner, Suite 710
Houston, TX 77074

Doll House Fashion
933 Clubside Dr
East Bernard, TX 77435

DRJ Unlimited
PO Box 781
Fulshear, TX 77441

Dylla Family
21403 Lakeview
Damon TX

Dylla, Thomas
1903 Lake side Crossing
Katy, TX 77491

EB Air
PO Box 629
East Bernard, TX 77435

Eric L Davis Engineering Inc
120 E Main St
Forney, TX 75126

Espino Martinez, Manuel
7003 Bissonett Apt. 802
Houston TX 77079

Factory Builder Stores
8700 Fallbrook Dr
Houston, TX 77064

Ferguston Enterprises Inc
4211 Richmond Ave
Houston, TX 77027

First Corporate Solutions
914 S Street
Sacramento, CA 95811

Flooring Services
10555 W Sam Houston Pkwy N
Houston, TX 77064

Freeman Designs
1106 Waterside Estates Cir.
Richmond, TX 77406

Fusion Land Services
5819 N FM 441 Rd
El Campo, TX 77437

Garland Insulation
10723 Rockley Rd
Houston, TX 77099

Gary Davis
405 S. 7th St
Beasley, TX 77417

Global Merchant Cash Inbc
64 Beaver Street, Ste 415
New York, NY 10004

Global Merchant Cash Inc
64 Beaver Street, Suite 415
New York, NY 10004

Hernandez, Charles
1702 Hughes Road
Richmond, Texas 77406

Hernandez, Chase and Richards,
1712 Hughes Road
Richmond TX 77406

Hernandez/Richards Family
1702 Hughes Rd.
Richmond TX

Hobo Electric
PO Box
El Campo, TX 77437

Home Depot
PO Box 90001030
Louisville, KY 40290

HTX Brothers
Tel: 832.361.7203

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedure
STOP 5022 HOU
1919 Smith Street
Houston, Texas 77002

Leopold Sprinkler, LLC
18399 FM 11647
East Bernard, TX 77435

Medrano, Hector
11819 Cedar Mesa
Houston, TX 77034

Iron Cross Oilfield Services
2405 Burning Stone
Boling TX 77420

Lopez Roofing
2916 Old Hearne Rd
Bryan, TX 77803

Munsch Hardt Kopf & Harr, Pc
c/o Conner Rose/Robert Hancock,
700 Milam Street, Suite 800
Houston, TX 77002

Joseph Wayne Richards
1412 Hughes Road
Richmond TX 77406

Manley Rentals
PO Box 68
East Bernard, TX 77435

Oscars Painting
405 Juanita Dr.
Pasadena, TX 77502

Keeling Law Firm
3310 Katy Freeway, Ste. 200
Houston, TX 77007

Manley Rentals, Inc
PO Box 907
Wallis, TX 77485

Pagel, Davus & Hill PC
1415 Louisiana 22nd Floor
Houston TX 77002

Kentmoore Cabinets
501 Industrial Blvd
Bryan, TX 77803

Manley Rentals, Inc.
c/o Bruce Badger
3400 Avenue H, 2nd Floor
Rosenberg TX 77471

Panther Electric
1390 W League City Pkwy
League City, TX 77573

Kolanchy, Robert
140 S Houston St
Wharton, TX 77488

Maria's Eatery
949 Clubside Drive
East Bernard TX 77435

Pearl Delta Funding LLC
c/o The Klein Law Firm LLC
PO Box 71
Lakewood, NJ 08701

Kyles, Steven and Stephanie
3106 Old South Dr
Richmond, TX 77406

Maria's Eatery
933 Clubside Dr
Kingwood, TX 77345

Pearl Delta Funding, LLC
c/o Yehuda Klein, Esq.
PO Box 714
Lakewood, NJ 08701

L&W Weather Stripping
3421 N US Hwy 77
Schulenburg, TX 78956

MCA Loans Reconsoldated
4700 S Mill Ave, Ste 8
Tempe, AZ 85282

Pfunter, Dennis
2815 Finwood Dr.
Rosenberg, TX 77471

Law Office of Isaac H Greenfield
2 Executive Blvd, Ste 305
Suffern, NY 10901

Medrano Family
1211 Pitman  Trail
Angleton TX

Pfuntner, David
5521 FM 2919
East Bernard, TX 77435

Pfuntner, Jeremy
2815 Finwood Drive
Rosenberg TX 77471

Rivera, Yolanda
12031 Breezy Meadow Dr
Stafford, TX 77477

Sumner Family
8882 CR 273
East Bernard TX


Pfuntner, Victoria
5521 FM 2919
East Bernard, TX 77435

Rogelio Oviedo
502 Shore St.
Brookshire, TX 77423

Sumner, Tina
8882 CR 273
East Bernard, Texas 77435


Premier Stair & Door
2801 E Highway 21
The Colony, TX 75056

RSC
210 Hardin Rd
Beasley, TX 77417

Supak Construction, Inc
PO Box 325
Orchard, TX 77464


Private Lender Network LLC
9050 N Capital of TX Hwy,
Bldg 3, Ste 13
Austin, TX 78759

S&M Quality Services
10860 Tower Oaks Blvd
Houston, TX 77070

Terradyne
354 E Glade Rd
Euless, TX 76039


Prosperity Bank
700 Church Street
East Bernard TX 774356-8581

Schindler Propane
6072 Highway 90A
Eagle Lake, TX 77434

Triple US
PO Box 1571
El Campo, TX 77437


RAM Payment, LLC
dba Reliant Account Management
412 North Cedar Bluff Road
Ste. 400
Knoxville TX 37923

Sechrist, Terrie
6300 W. Loop S. Ste. 415
Bellaire TX 77401

Trust Waste Solutions
3096 N Mechanie
El Campo, TX 77437


Ramos Concrete
6000 Bissonnet St
Houston, TX 77081

Sherwin Williams
221 Boling Hwy
Wharton, TX 77488

U.S Trustee
515 Rusk, Suite 3516
Houston, Texas 77002


Reliant Energy
P.O. Box 3765
Houston, Texas 77253-3765

Souly Beautiful
945 Clubside Drive
East Bernard TX 77435

U.S. Attorney
Southern District of Texas
910 Travis, Suite 1500
PO Box 61129
Houston, TX 77208


Richards, Jennifer and Hernande
c/o Terry Sechrist, Attorney
Sechrist Duckers LLP
6300 W Loop S
Bellaire TX  77401

Souly Beautiful
945 Clubside Dr
East Bernard, TX 77435

Urbish Electric
PO Box 1459
Rosenberg, TX 77471

US Department of the Treasury
Debt Management Services
P.O. Box 830794
Birmingham, AL 35283-0794

Wharton County Tax Collector
308 East Milam St.
Wharton, TX 77488

US Small Business Adminstration
10737 Gateway West #300
El Paso, TX 79935

Wicke, Sandy
2706 County Riad 201
East Bernard TX 77435

Vaceks Hardware
735 Main St
East Bernard, TX 77435

Willie B LLC
933 Clubside Dr
East Bernard, TX 77435

Walter De Leon
Harris Co. Texas

Zimmerman Electric of Victoria
1312 Dick St
Victoria, TX 77901

Webster Family
1921 E. Cypress St.
East Bernard TX

Webster, David
PO Box 1154
East Bernard, Texas 77435

Wedgebrooks, LLC
1228 Ranch House Rd
Pierce, TX 77467

Westfield Family
10227 Vacek Rd.
Richmond TX

Westfield, Amber
10227 Vacek Rd
Richmond, Texas 77469