**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PFUNTNER CUSTOM HOMES, LLC | § | CASE NO. 22-32582 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

**NOTICE OF INTENT TO ABANDON PROPERTY**

Please take notice that Ronald J. Sommers, Chapter 7 Trustee ("Trustee") intends to abandon the following property of the estate described in the Debtor's Schedule A/B filed at Docket Number 9 on September 16, 2022, pursuant to 11 U.S.C. §554(a), because such property is valueless, encumbered beyond its value and/or burdensome to the bankruptcy estate:

- All accounts receivable described in section #11;

- All office fixtures described in section 40;

- All office equipment described in section 41;

- The Purchase option on 933 Clubside Dr., East Bernard 77435 described in section 55.1; and

- The signs, lights, outlets described in in section 77.

Unless an objection/hearing request is filed with the Court and served on the Trustee within 14-days of the mailing of this notice, said property shall be deemed abandoned.

Respectfully submitted,

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE