IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PFUNTNER CUSTOM HOMES, LLC | § | CASE NO. 22-32582 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

### NOTICE OF SUBPOENA

Please take notice that pursuant to Federal Rule of Civil Procedure 45, made applicable herein by Federal Rule of Bankruptcy Procedure 9016, and/or Federal Rule of Bankruptcy Procedure 2004, Ronald J. Sommers, intends to serve a Subpoena in a Bankruptcy Case on Prosperity Bank, Mid-Coast Title Company and Aguilera Construction.  Service of the Subpoena will take place on November 18, 2022, or as soon thereafter as service may be effectuated.  Any party in interest who wishes to receive a copy of the subpoena will be provided such upon email request to the undersigned.

Respectfully submitted,

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE