**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **PFUNTNER CUSTOM HOMES, LLC** | § | **CASE NO. 22-32582** |

**REQUEST OF COREY CONSTRUCTION HOUSTON, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANK. P. 2002(g)**

Please take notice that COREY CONSTRUCTION HOUSTON, LLC ("Corey"), creditor in the above-styled matter, hereby requests, pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, that all notices given or required to be given and all paper served or required to be served in this case be also given to and served on counsel for Corey:

Murphy Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
24 Greenway Plaza, Suite 2050
Houston, Texas  77046
(713) 961-9045 / (713) 961-5431 Fax
Email:  mklasing@wkpz.com

Dated:  December 7, 2022

Respectfully submitted,

***Weycer, Kaplan, Pulaski & Zuber, PC***

By: */s/ Murphy S. Klasing*
    Murphy S. Klasing
    TX State Bar No. 00791034
    24 Greenway Plaza, Suite 2050
    Houston, Texas  77046
    (713) 961-9045
    (713) 961-5341 Fax
    Email:  mklasing@wkpz.com

**ATTORNEYS FOR COREY
CONSTRUCTION HOUSTON, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties and counsel of record via e-file service, and/or email, on this the 7th day of December 2022.  Movant certifies that it has complied with Bankruptcy Local Rules.


*/s/ Murphy S. Klasing*
Murphy S. Klasing